[No. 13959–2–I. Division One. December 3, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. JANE MARIE KANTOR, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–03931–4, William C. Goodloe, J., entered October 11, 1983. *Reversed* and *remanded* by unpublished

opinion per Coleman, J., concurred in by Callow and Ringold, JJ.